AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| YAHMII BALOGUN UHURU | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   09-0566 |
| UNITED STATES PAROLE COMMISSION | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:      that summary judgment is granted in favor of the defendant and the action is dismissed;

that Judgment is hereby entered in favor of the defendant, U.S. PAROLE COMMISSION, against the plaintiff,  YAHMII BALOGUN UHURU.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Richard J. Leon _____ on a motion for summary judgment filed by defendant.

Date:      08/26/2010 _____                    *ANGELA D. CAESAR, CLERK OF COURT*

Kenneth Cockrell
_____
*Signature of Clerk or Deputy Clerk*